UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ANTONIO SANTIAGO,<br><br>Defendant. | Case No. 4:04-cr-00211-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Defendant Jesus Antonio Santiago's letter request for a recommendation for placement in RDAP (Dkt. 118). For the reasons explained below, the Court will deny the request.

## DISCUSSION

In 2006, this Court sentenced Santiago, who was 22 years old at the time, to 300 months' incarceration. He is currently serving that sentence. In September 2020, he asked the Court to recommend that he participate in RDAP. His letter states:

> I am interested in enrolling in the RDAP program . . . The staff here are asking for your recommendation before they will enroll me . . . . I have completed extensive programming here, completed my G.E.D., and have also obtained college credits. Please consider my

MEMORANDUM DECISION AND ORDER - 1

>rehabilitation record, and send me a recommendation to be placed the RDAP program.

*Letter,* Dkt. 118.

The Court commends the defendant on obtaining his G.E.D. and college credits. Otherwise, however, Mr. Santiago should be aware that he does not need this Court's recommendation to participate in RDAP. In fact, even if the Court made such a recommendation, it is just that – a recommendation. The Bureau of Prisons is free to accept or reject it. *See Tapia v. United States,* 564 U.S. 319, 331 (2011) (citing 18 U.S.C. §§ 3621(b), (e), (f); 3624(f); 28 C.F.R. pts. 544, 550 (2010)).

In this case, the Court is hesitant to grant such a recommendation all these years later. The undersigned judge did not sentence this defendant, but a review of the sentencing transcript indicates that the defendant denied having a substance abuse problem. *See Tr.*, Dkt. 82, at 24:7-10 ("You deny you've ever been a substance abuser yourself. I don't know. But I am going to insure there be some testing done so society is able to tell whether you have been using or not."). On the other hand, during the sentencing hearing, the defendant repeatedly expressed interest in taking advantage of programming while in prison. *See, e.g., id.* at 24:1-3 ("I don't want to go to prison and waste my time. I want to learn good things so I can . . . be a good

MEMORANDUM DECISION AND ORDER - 2

father in the future . . . ").

On this record, the Court is not inclined to recommend RDAP, even assuming it has the jurisdiction to do so. Rather, the Court will leave the decision as to whether to allow the defendant to participate in RDAP with the BOP.

## ORDER

**IT IS ORDERED that** Defendant's letter request for a recommendation for placement in RDAP (Dkt. 118) is **DENIED.**

DATED: January 4, 2021

B. Lynn Winmill
U.S. District Court Judge

MEMORANDUM DECISION AND ORDER - 3