UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ANTONIO SANTIAGO,<br><br>Defendant. | Case No. 4:04-cr-00211-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Defendant Jesus Antonio Santiago's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). *See* Dkt. 157. This is Mr. Santiago's third motion for compassionate release. *See* Dkts. 113, 137. The Government opposes the motion. Because Mr. Santiago has failed to exhaust his administrative remedies, the Court will deny the motion without prejudice.

## BACKGROUND

In August 2005, Mr. Santiago pled guilty to conspiracy to distribute methamphetamine. He was 21 years old at that time. In the PSR, the estimated quantity of methamphetamine was between 17 and 104.3 kilograms. Defendant's offense level was calculated at 40, and his criminal history category was IV. The

**MEMORANDUM DECISION AND ORDER - 1**

adjusted offense level was 38, which yielded a guidelines range of 325 to 405 months. The parties agreed to a 50-month variance, and the Court ultimately sentenced Mr. Santiago to 300 months' incarceration. His expected release date is February 19, 2026.[1] *See* https://www.bop.gov/inmateloc/ (last visited Jan. 10, 2024). Mr. Santiago is currently incarcerated at FCI Safford. He is 40 years old.

## LEGAL STANDARD

Defendant seeks compassionate release under 18 U.S.C. 3582(c)(1)(A). The statute provides, in relevant part, that the Court

> upon motion of the defendant *after the defendant has fully exhausted all administrative rights* to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier, may reduce the term of imprisonment.

18 U.S.C. § 3582(c)(1)(A) (emphasis added).

As the government pointed out in its response, there is no evidence that defendant has exhausted his administrative remedies with respect to his currently pending motion. Mr. Santiago has not responded to this argument. Accordingly, the motion will be denied without prejudice.

---

[1] The government indicates that the expected release date is February 19, 2027, and this Court's earlier decisions likewise reference a release date of February 19, 2027. But the current BOP website indicates that the expected release date is now February 19, 2026.

**MEMORANDUM DECISION AND ORDER - 2**

# ORDER

**IT IS ORDERED** that Jesus Antonio Santiago's Motion for Compassionate Release (Dkt. 157) is DENIED WITHOUT PREJUDICE.

DATED: January 10, 2024

B. Lynn Winmill
U.S. District Court Judge